IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
JUN 0 6 2017
CLERK, U.S. DISTRICT COURT.
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| CITY OF EL CENIZO, TEXAS; MAYOR RAUL L. REYES, City of El Cenizo; MAVERICK COUNTY; MAVERICK COUNTY SHERIFF TOM SCHMERBER; MAVERICK COUNTY CONSTABLE PRECINCT 3-1 MARIO A. HERNANDEZ; and LEAGUE OF UNITED LATIN AMERICAN CITIZENS<br><br>　　　　Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; GOVERNOR GREG ABBOTT, in his official capacity; and TEXAS ATTORNEY GENERAL KEN PAXTON, in his official capacity<br><br>　　　　Defendants | CIVIL ACTION NO.<br>5:17-CV-404-OG<br>[Lead case] |
| EL PASO COUNTY; RICHARD WILES, SHERIFF OF EL PASO COUNTY, in his official capacity; and the TEXAS ORGANIZING PROJECT EDUCATION FUND<br><br>　　　　Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; GOVERNOR GREG ABBOTT; ATTORNEY GENERAL KEN PAXTON; and DIRECTOR STEVE MCCRAW, TEXAS DEPARTMENT OF PUBLIC SAFETY – in their official capacities<br><br>　　　　Defendants | CIVIL ACTION NO.<br>5:17-CV-459-OG<br>[Consolidated case] |

| | |
|---|---|
| CITY OF SAN ANTONIO, TEXAS; REY A. SALDANA, in his official capacity as San Antonio City Councilmember; TEXAS ASSOCIATION OF CHICANOS IN HIGHER EDUCATION; LA UNION DEL PUEBLO ENTERO; and WORKERS DEFENSE PROJECT<br><br>    Plaintiffs<br><br>v.<br><br>STATE OF TEXAS; GREG ABBOTT, in his official capacity as Governor of the State of Texas; KEN PAXTON, in his official capacity as Attorney General of Texas<br><br>    Defendants | CIVIL ACTION NO.<br>5:17-CV-489-OG<br>[Consolidated case] |

# ORDER

All three of the above styled cases are pending before the undersigned judge. The Court has reviewed the pleadings in these cases, and finds that they involve the same issues of law. Most of the named defendants are also the same. Consolidation of these cases would avoid duplicative and piecemeal litigation while conserving judicial resources.

It is therefore ORDERED that the interests of justice and judicial economy warrant consolidation of the above styled cases, pursuant to Fed.R.Civ.P. 42(a)(2). The case with the lowest number (404) will be the lead case, and all future pleadings, motions or other documents should be filed under that cause number.

It is further ORDERED that Plaintiff LULAC is granted leave to amend its complaint to clarify the correct LULAC entity (docket no. 21, n. 2).

It is further ORDERED that Defendants' motions to dismiss or to transfer venue (docket no. 14 in 17-CV-404 and docket no. 5 in 17-CV-459) are DENIED as moot without prejudice to re-filing an amended motion in response to LULAC's amended pleading and to address the consolidated nature of this action and its effect, if any, on the issues raised in the original motions.

SIGNED and ENTERED this ___6___ day of June, 2017.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE